## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **1999-CV-0196** |
| v. | |
| **CARL F. CHRISTOPHER, CEDELLE CHRISTOPHER, CHASE MANHATTAN BANK, and THE VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE,** | |
| **Defendants.** | |

TO:   Angela P. Tyson-Floyd, Esq., AUSA
      Carl F. Christopher
       P.O. Box 562, Frederiksted, VI 00841
      Cedelle Christopher
       P.O. Box 562, Frederiksted, VI 00841
      Eric S. Horstmeyer, Esq.
      Virgin Islands Department of Justice
      Virgin Islands Bureau of Internal Revenue

### ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY

THIS MATTER is before the Court upon the motion of the United States of America

to lift the stay imposed due to the fact that Defendants Carl F. Christopher and Cedelle

Christopher were members of the class action suit, *Chiang, et al. v. Veneman*, Civil Action

No. 2000/0004.  The Court being aware that the *Chiang* matter has been resolved against the

*United States v. Christopher*
1999-CV-0196
Order Granting Plaintiff's Motion to Lift Stay
Page 2

class members in a memorandum opinion and order of the Honorable Judge James T. Giles,

it is now hereby **ORDERED**:

1.    Plaintiff's Motion to Lift Stay (Docket No. 12) is **GRANTED**.

2.    The stay imposed by Order (Docket No. 6), entered April 14, 2000, is

      **LIFTED**, and Plaintiff may proceed with the foreclosure of this matter.

3.    A status conference is scheduled in this matter for September 30, 2008, at

      10:30 a.m.

                                  ENTER:

Dated: September 2, 2008                          /s/
                                  GEORGE W. CANNON, JR.
                                  U.S. MAGISTRATE JUDGE